# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHARLES EVANS, | Case No. ED CV 10-1126 JHN (JCG) |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO EXHAUST STATE REMEDIES |
| JERRY GUTIERREZ, | |
| Respondent. | |

On July 29, 2010, petitioner Robert Charles Evans ("Petitioner"), a California prisoner proceeding *pro se*, filed a petition for writ of habeas corpus by a person in state custody ("Petition"). The Petition raises four grounds for relief and challenges Petitioner's 2007 conviction in the Riverside County Superior Court for petty theft, commercial burglary, and felony evading. (Pet. at 2.) However, a review of the Petition reveals that Petitioner has *not* raised any of the claims presented here in the California Court of Appeal or the California Supreme Court. (*See id.* at 3-5.)

A federal court may not grant a habeas corpus petition unless the petitioner "has exhausted the remedies available in the courts of the State[.]" 28 U.S.C. § 2254(b)(1)(A). To satisfy the exhaustion requirement, a habeas petitioner must fairly present his federal claims to the highest court of the state, either on direct appeal or through collateral proceedings. *Insyxiengmay v. Morgan*, 403 F.3d 657, 667-668 (9th

1 Cir. 2005); *Sandgathe v. Maas*, 314 F.3d 371, 376 (9th Cir. 2002). Here, the face of
2 the Petition clearly indicates that Petitioner has failed to exhaust state court remedies
3 because he has not presented any of his federal claims to the California Supreme
4 Court. (*See* Pet. at 3-5.)

5       Accordingly, within **twenty-one (21)** days of the date of this Order, Petitioner is
6 **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed
7 without prejudice for failure to exhaust state remedies. If Petitioner does not file a
8 timely response to this Order to Show Cause, the Petition will be subject to dismissal
9 without prejudice and without further notice.

11 DATED: August 18, 2010

_____/s/_____
HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

2