1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ROBERT CHARLES EVANS,    )  Case No. ED CV 10-1126 JHN (JCG)
                    Petitioner,    )
                           )  **JUDGMENT**
             v.          )
JERRY GUTIERREZ,        )
                    Respondent.  )
_____ )

     IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.


DATED: <u>January 4, 2011</u>

_____
HON. JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

1